# EXHIBIT B

Screenshots of checkout pages showing that the defendants offer  infringing products for sale into the Western District of Pennsylvania

Case 2:26-cv-01516    Document 1-4    Filed 07/15/26    Page 21 of 29

Case 2:26-cv-01516    Document 1-4    Filed 07/15/26    Page 25 of 29