## SCHEDULE A



Case 2:26-cv-01516    Document 1-9    Filed 07/15/26    Page 10 of 12