**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU

|  |  |  |
|---|---|---|
| | ) | Civil Action No. _____  2:26-cv-01516 |
| | ) | |
| | ) | |
| vs. | ) | or |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | Criminal Action No. |
| | ) | |

_____

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ ,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ Jiangchuan Liu _____ , in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| 07/15/2026 | /s/ Zheng "Andy" Liu |
|---|---|
| Date | Signature of Attorney or Litigant |