**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                    WHEN REPLYING, PROVIDE CASE
412–208–7500                                        NUMBER AND PARTY NAMES

July 16, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

        RE:   JIANGCHUAN LIU vs.  SCHEDULE A DEFENDANTS
              Case Number:   2:26–CV–01516–MJH

Dear Commissioner:

In compliance with 35 Â§290 and/or 15 U.S.C Â§1116, enclosed please find a copy of the Complaint and docket entries filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

                    Very truly yours,

                    BRANDY S. LONCHENA
                    CLERK OF COURT

        By:   /s/ **Deborah M Hamilton**
                    Deputy Clerk

Enclosures