## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIANGCHUAN LIU,

           Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

           Defendants.

Civil Case No.: 2:26-cv-01516-MJH

FILED UNDER SEAL

## PLAINTIFF'S *EX PARTE* MOTION FOR (1) ENTRY OF TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION AND TEMPORARY ASSET RESTRAINT, (2) EXPEDITED DISCOVERY ORDER, AND (3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Plaintiff Jiangchuan Liu ("Plaintiff") respectfully requests this Court to enter: (1) an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products and a temporary asset restraint; (2) an expedited discovery order; and (3) an order to show cause why a preliminary injunction should not issue. The reasons for such are set forth in the concurrently filed

1

Memorandum of Law in Support.

A Proposed Order is concurrently filed.


Date: July 26, 2026                              Respectfully submitted,

                                                 /s/ Zheng "Andy" Liu
                                                 Zheng "Andy" Liu (CA- 279327)
                                                 *Aptum Law*
                                                 1660 S Amphlett Blvd Suite 315
                                                 San Mateo, CA 94402
                                                 Email: Andy.Liu@AptumLaw.us
                                                 Phone: 650-475-6289


                                                 *ATTORNEY FOR PLAINTIFF*