## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIANGCHUAN LIU,

                Plaintiff,

       v.

SCHEDULE A DEFENDANTS,

             Defendants.

Civil Case No.: 2:26-cv-01516-MJH

**[PROPOSED] ORDER ON REMOTE APPEARANCE AT THE IN-PERSON STATUS CONFERENCE**

Having considered Plaintiff Jiangchuan Liu's ("Plaintiff") Motion for Remote Appearance at the In-person status conference, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Counsel may appear remotely via videoconference at the status conference scheduled for August 27, 2026 at 1:30 p.m.

SO ORDERED.

SIGNED this _____ day of _____, 2026

Pittsburgh, Pennsylvania.

_____
Honorable Marilyn J. Horan
UNITED STATES DISTRICT JUDGE