**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

**PLAINTIFF'S MOTION FOR IN PERSON STATUS HEARING**

Plaintiff patent owner respectfully moves to reschedule the status hearing in this case, which was continued due to the undersigned being sick. [Dkt. 19]. The undersigned appreciates the Court's courtesy in granting the prior continuance.

Following several weeks of resting and recovery, the undersigned has now fully recovered from his Covid-19 infection and is now able to appear in person.

The Court's schedule permitting, Plaintiff respectfully requests that the status hearing be rescheduled in the afternoon of between September 14 and September 17, 2026.

A Proposed Order is concurrently filed herewith.

Date: September 4, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*