IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIANGCHUAN LIU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01516-MJH |

**DECLARATION OF TZUYU HUNG**

I, Tzuyu Hung, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I have personally reviewed each Defendant's Amazon storefront and can confirm that every Defendant named in this Schedule A has offered the accused products for sale to residents of Pennsylvania.

3. On August 15, 2026, I bought products A from Defendants No. 1 and No. 3 identified by Plaintiff's Schedule through their online storefront.

4. Defendants. No. 1 and No. 3 accepted the orders and payments, charged me sales tax imposed by the Commonwealth of Pennsylvania, and assigned respective Amazon order numbers.

5. On August 18, 2026, Defendants No. 1 delivered my order to an address in Pennsylvania.

6. On August 21, 2026, Defendants No. 3 delivered my order to my address in Pennsylvania.

7. Attached hereto as **Exhibit A** is a true and correct copy of the invoice for my purchase, showing sale of Defendants No. 1 and No. 3 and deliveries of the accused products into the Commonwealth of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2026.

Tzuyu Hung

Tzuyu Hung