# AMENDED
# EXHIBIT A

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]