**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LIU
____________________________ )
)
vs. ) Civil Action No. 2:26-cv-01516 -MJH
)

SCHEDULE A DEFENDANTS
____________________________ )
)

**MOTION FOR ADMISSION *PRO HAC VICE* OF** JIANYIN LIU

Affiant Jianyin Liu, undersigned counsel for defendant Hebraeos (Amazon ID: A1193DIFSDI7CF), hereby moves that Affiant be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for defendant *Asee'm* in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Affiant filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 10/12/2026

s/ JIANYIN LIU

[Affiant's name] (Bar. ID NO. ________)
[Affiant's Address/Contact Details]
1007675 (Florida Bar)
*Counsel for [Plaintiff/Defendant]*

9000 SW 157TH ST,
PALMETTO BAY, FL 33157
EMAIL: JAMESLIULAW@GAMIL.COM
Phone: 305 -209-6188