IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LIU

vs.

Schedule A Defendants,

Civil Action No. 2:26-cv-1516-MJH

**AFFIDAVIT OF JIANYIN LIU IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jianyin Liu, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Dongguan Hongli Electronics Technology Co. Ltd. d/b/a Onmiwod US in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I Jianyin Liu, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm The Law Offices of James Liu PLLC.
2. My business address is 9000 SW 157th St, Palmetto Bay,Fl 33157.
3. I am a member in good standing of the bar[s] of FL and WA.
4. My bar identification number(s) [is/are] FBN: 1007675; WABA: 59542.
5. A current certificate of good standing from FL is attached to this Affidavit as Exhibit A.
6. [if applicable] The following are a complete list of any previous disciplinary

proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:___________: [Insert additional explanation as appropriate.]

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 10/12/2026 ___________________________

/s/ Jianyin Liu
[Affiant]