## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

US0D1080730S

(12) **United States Design Patent**
**Yan**

(10) **Patent No.: US D1,080,730 S**
(45) **Date of Patent: ** Jun. 24, 2025**

(54) **GRIDWALL PANELS DISPLAY STAND**

(71) Applicant: **Liqing Yan**, Putian (CN)

(72) Inventor: **Liqing Yan**, Putian (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/971,611**

(22) Filed: **Nov. 5, 2024**

(51) **LOC (15) Cl.** ................................................ **06-04**

(52) **U.S. Cl.**
USPC ............................ **D6/682.2**; D6/672; D6/332

(58) **Field of Classification Search**
USPC .............. D6/332, 672, 673, 674, 674.1, 680, D6/680.1, 680.2, 680.3, 682, 682.1, D6/682.2, 682.3, 682.4, 682.5, 682.6; D10/109.1, 109.2, 113.4, 50; D14/125, D14/126, 341, 356, 357, 371, 374, 375, D14/451; D20/10, 12, 15, 16, 17, 18, 19, D20/20, 21, 35, 39, 40, 41, 42, 99; D26/73; D11/133, 157; D13/162, 168
CPC ..... G09F 7/00; G09F 7/02; G09F 7/16; G09F 9/00; G09F 9/3026; G09F 9/33; G09F 9/35; G09F 13/00; G09F 13/22; G09F 15/00; G09F 15/0056; G09F 15/0068; G06F 3/14; H01R 13/514
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,567,446 A * 12/1925 McClure ............... E04H 17/163 211/153
1,876,486 A * 9/1932 Britten ...................... E06B 9/52 160/374
2,855,037 A * 10/1958 Stiffel ................... E04B 2/7438 15/268
3,651,851 A * 3/1972 Curtis ...................... A47G 5/00 256/33
RE28,493 E * 7/1975 Weeden .............. E04G 21/3233 256/65.04
4,115,937 A * 9/1978 Wolpert .................... G09F 5/00 40/607.1
5,482,168 A * 1/1996 Welch .................... A47B 96/00 211/181.1
D384,843 S * 10/1997 Justice ........................... D6/332
6,062,402 A * 5/2000 Ford ....................... A47F 5/083 211/181.1

(Continued)

OTHER PUBLICATIONS

Amazon—only hangers, posted at amazon.com, first available on Feb. 28, 2015, retrieved from internet: https://www.amazon.com/Only-Garment-Gridwall-Floorstanding-Display/dp/B071GZ6164/?th=1 (Year: 2015).*

(Continued)

*Primary Examiner* — Catherine Ho
(74) *Attorney, Agent, or Firm* — Jose Cherson Weissbrot

(57) **CLAIM**

The ornamental design for a gridwall panels display stand, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front perspective view of the first embodiment of a gridwall panels display stand, showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a top view thereof;
FIG. **7** is a bottom view thereof;
FIG. **8** is an enlarged view of detail **8** in FIG. **1**; and,
FIG. **9** is a front view of the second embodiment of a gridwall panels display stand.
All the broken lines in the drawings depict portions of the gridwall panels display stand that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,070,747 | A | * | 6/2000 | Shea | A47F 5/0807 248/220.31 |
| D455,503 | S | | 4/2002 | Heltzer | |
| D476,818 | S | | 7/2003 | Stravitz | |
| D487,178 | S | * | 2/2004 | Cuzzocrea | D34/12 |
| D500,604 | S | * | 1/2005 | Ashby | D6/332 |
| 6,935,518 | B2 | * | 8/2005 | Winig | A47B 96/067 211/106.01 |
| D646,065 | S | * | 10/2011 | White | D6/332 |
| D654,727 | S | * | 2/2012 | Shea | D6/682.2 |
| D672,166 | S | * | 12/2012 | Newman | D6/672 |
| D700,464 | S | * | 3/2014 | Brevda | D6/675 |
| D777,477 | S | * | 1/2017 | Germany | D6/672 |
| D785,383 | S | * | 5/2017 | Johnson | D6/681.2 |
| D825,941 | S | | 8/2018 | Chopra et al. | |
| D1,011,810 | S | * | 1/2024 | Chiang | D6/682 |
| 2013/0240461 | A1 | * | 9/2013 | Brevda | A47F 5/0838 211/13.1 |

OTHER PUBLICATIONS

Amazon—VGMiu, posted at amazon.com, posted on Nov. 2, 2024, retrieved from internet: https://www.amazon.com/VGMiu-Display-Panels-Movable-Floorstanding/dp/B0DLSLKMHH (Year: 2024).*

* cited by examiner




FIG. 1



FIG. 2





FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9