**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Civil Action No. 2:26-cv-01516-MJH

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

______________________________/

**ORDER**

AND NOW, this ___ day of __________, 2026, upon consideration of Defendant's Motion for Leave to Appear Remotely at the November 10, 2026 Show Cause Hearing, it is hereby ORDERED that the Motion is GRANTED. Counsel for Defendant is permitted to appear by video conference (or telephone if video is unavailable) at the hearing scheduled for November 10, 2026, at 11:00 a.m. before the Honorable Marilyn J. Horan. Counsel shall contact the Courtroom Deputy no later than two business days prior for connection instructions.

BY THE COURT:

______________________________
Hon. Marilyn J. Horan
United States District Judge