**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LI,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 19 | GADFISH | B0D2KT23CT | Amazon |
| 23 | HAORONGWEI | B0F1F96PZT | Amazon |
| 24 | Dlabidazzu | B0CH8CK9JC | Amazon |
| 26 | Kalze Network Technology | B0CKZ99YTF | Amazon |

////

///

Date: October 20, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*