**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LI LIU**

Affiant Li Liu, undersigned counsel for Defendants CHOEZON DIRECT and ZZM Direct, hereby moves that Affiant be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants CHOEZON DIRECT and ZZM Direct pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Li Liu filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: October 23, 2026

Respectfully submitted,

/s/ Li Liu
Li Liu (CA Bar No. 362408)
LAW OFFICE OF LI LIU
453 S Spring St, Ste 400, PMB 1502
Los Angeles, CA 90013
Telephone: (213) 685-2164
Email: sharonliu@slcrossborderlaw.com

*Counsel for Defendants CHOEZON DIRECT and ZZM Direct*