**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

AND NOW, this 24th day of October, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Li Liu and the accompanying Affidavit, it is HEREBY ORDERED that the Motion is GRANTED, and Li Liu is admitted pro hac vice as counsel for Defendants CHOEZON DIRECT and ZZM Direct in this action.

BY THE COURT:

Marilyn J. Horan
United States District Judge