**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF LI LIU IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, Li Liu, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Urban Deco, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). I certify as follows:

1. I am the principal attorney of the Law Office of Li Liu.

2. My business address is 453 S Spring St, Ste 400, PMB 1502, Los Angeles, CA 90013.

3. I am a member in good standing of the bar of the State of California and of the following United States courts: Central District of California, Northern District of California, District Court for the Northern District of Illinois;

4. My bar identification number is CA 362408.

5. A current certificate of good standing from the State Bar of California is attached as Exhibit A.

6. I have not been the subject of any disciplinary findings or sanctions.

7. I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 30, 2026

/s/ Li Liu
Li Liu

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 3/28/2026

**LICENSEE NAME:** Li Liu

**LICENSEE BAR NUMBER:** 362408

**LICENSEE STATUS:** Active

**ADMIT DATE:** 7/7/2025

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Li Liu's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**

Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*