**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

AND NOW, this 1st day of November, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Li Liu and the accompanying Affidavit, it is HEREBY ORDERED that the Motion is GRANTED, and Li Liu is admitted pro hac vice as counsel for Defendant Urban Deco in this action.

BY THE COURT:

Marilyn J. Horan
Marilyn J. Horan
United States District Judge