IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JUNHAO HE IN SUPPORT OF DEFENDANT URBAN DECO US'S OPPOSITION TO ENTRY OF A PRELIMINARY INJUNCTION AND ALTERNATIVE REQUEST TO LIMIT THE ASSET RESTRAINT**

I, JUNHAO HE, declare as follows:

1. I am the manager of ningbojiahaojiajuyongpinyouxiangongsi ("Urban Deco"), which operates the Amazon storefront "Urban Deco US," identified as Defendant No. 9 on Schedule A. I am over eighteen years old. I have personal knowledge of the facts stated in this declaration, including from Urban Deco's business records kept in the ordinary course of business, and could testify to them.

2. Urban Deco is a limited company organized under the laws of the People's Republic of China, with its principal place of business in Ningbo, Zhejiang Province.

3. Urban Deco sells a black metal gridwall display stand under three ASINs: B0CS6KWRN7 (one set), B0CS6LFCGD (two sets), and B0CS6J7Q53 (three sets) (together, the "Accused ASINs"). The three ASINs offer the same stand in different pack quantities.

4. I have reviewed Urban Deco's Amazon Seller Central sales reports for the Accused ASINs for the period from Sep. 08, 2025 through Oct. 26, 2026. Those reports show that Urban Deco sold a total of 219 units under the Accused ASINs, for total gross sales of $9,622.73 before Amazon fees, shipping costs, and cost of goods: B0CS6KWRN7, 152 units and $5,080.87;

B0CS6LFCGD, 28 units and $1262.90; and B0CS6J7Q53, 39 units and $3278.96. After Amazon's referral and fulfillment fees and the cost of the goods, Urban Deco's net profit on those sales was approximately $560.

5. As of Oct. 12, 2026, Amazon is restraining $103,059.02 in Urban Deco's seller account. Because Urban Deco's total gross sales from the Accused ASINs from September 8, 2025 through October 26, 2026 were $9,622.73 , at least $93,436.29 of the restrained funds cannot be proceeds of the Accused ASINs; those funds come from sales of Urban Deco's other products, none of which is accused in this action.

6. Urban Deco first learned of this action on Oct. 12, 2026, when Amazon notified it that its account funds were restrained and its listings were removed. Urban Deco received no notice of Plaintiff's motion before the TRO was entered and has not consented to any extension of the TRO. It retained U.S. counsel on Oct. 31, 2026.

7. The restraint has caused and continues to cause Urban Deco harm, including inability to pay suppliers and employees; loss of sales rank and reviews; storage fees on stranded inventory.

8. Urban Deco has not sold any product under the Accused ASINs since Oct. 12 and will not resume doing so while this action is pending absent agreement or further order of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __NOV.2______, 2026, at Ningbo, China.

Junhao He

Junhao HE