**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ____________, 2026, upon consideration of Plaintiff's *Ex Parte* Motion (ECF No. 10), the Court's Order to Show Cause (ECF No. 28 § II), and the Response and Brief in Opposition of Defendant Urban Deco US, and following the hearing held on November 10, 2026, it is HEREBY ORDERED that:

1. Plaintiff's request for a preliminary injunction is DENIED as to Defendant Urban Deco US (Schedule A No. 9) ("Urban Deco").

2. The Temporary Restraining Order entered October 8, 2026 (ECF No. 28) is DISSOLVED as to Urban Deco, effective immediately.

3. Within two (2) business days of this Order, Plaintiff shall notify Amazon.com, Inc., Amazon Services LLC, Amazon Payments, Inc., and every other Third Party Service Provider and Financial Institution to which Plaintiff provided notice of ECF No. 28 that all restraints on Urban Deco's storefront, listings (including ASINs B0CS6KWRN7, B0CS6LFCGD, and B0CS6J7Q53), inventory, and funds are lifted, and shall file a certificate of compliance with this Court.

BY THE COURT:

________________________________

Marilyn J. Horan
United States District Judge