**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGCHUAN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:26-cv-01516-MJH |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**[ALTERNATIVE PROPOSED] ORDER LIMITING RESTRAINT AS TO DEFENDANT URBAN DECO US**

AND NOW, this ____ day of ____________, 2026, upon consideration of Plaintiff's *Ex Parte* Motion (ECF No. 10), the Court's Order to Show Cause (ECF No. 28 § II), the Response and Brief in Opposition of Defendant Urban Deco US (Schedule A No. 9) ("Urban Deco"), and the Declaration of Junhao He, and following the hearing held on November 10, 2026, the Court finds that Urban Deco's gross sales under ASINs B0CS6KWRN7, B0CS6LFCGD, and B0CS6J7Q53 (the "Accused ASINs") total $9,622.73, and that restraining Urban Deco's funds beyond that amount is not necessary to preserve any monetary relief Plaintiff may obtain. Accordingly, to the extent the Court enters a preliminary injunction against Urban Deco, it is HEREBY ORDERED that:

1. Any injunctive relief against Urban Deco shall extend only to the Accused ASINs.

2. Any restraint on Urban Deco's funds is LIMITED to $9,622.73 (the "Restrained Amount"). Amazon.com, Inc., Amazon Services LLC, Amazon Payments, Inc., and any other Third Party Service Provider or Financial Institution holding Urban Deco's funds may continue to hold the Restrained Amount pending further order of the Court.

3. Within five (5) business days after receiving this Order, Amazon and every other Third Party Service Provider and Financial Institution restraining Urban Deco's funds shall release to Urban Deco all restrained funds in excess of the Restrained Amount, and shall lift all restrictions on Urban Deco's storefront and on its listings other than the Accused ASINs.

4. Within two (2) business days of this Order, Plaintiff shall serve this Order on Amazon and on every other recipient of ECF No. 28 that has restrained Urban Deco's funds, storefront, or listings, and shall file a certificate of compliance with this Court.

5. As a condition of any continued restraint against Urban Deco, Plaintiff shall, within seven (7) days of this Order, post additional security under Fed. R. Civ. P. 65(c) in the amount of $__________. If Plaintiff does not timely post that security, all restraints against Urban Deco shall dissolve without further order.

BY THE COURT:

______________________________
Marilyn J. Horan
United States District Judge