# Exhibit A

Delivering to Philadelphia 19106 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Holiday Gifts | Prime | Groceries | Pet Supplies | Amazon Home | VS | LIVE NOW

# HCZHI

Visit the HCZHI storefront

★★★★★ | **93% positive** in the last 12 months (14 ratings)

## About Seller

Thank you for your interest in our products.

- Shipping Information

【Shipping Time】
* Prepaid orders typically ship within 1-2 business days after payment confirmation.
* Orders placed on Saturdays, Sundays, or holidays may ship on the next business day.

【Delivery Restrictions】
* "PO BOX" addresses cannot be delivered to. Please be advised.
* We do not ship to Hawaii. Please note this when placing your order!

【Package Quantity】
Combined orders may be shipped in multiple packages. If you receiv...

See more

**Have a question for HCZHI?**

Ask a question

## Reviews

★★★★★ 4.8 out of 5
14 ratings

12 months

| | |
|---|---|
| 5 star | 93% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 7% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

14 total ratings, 14 with feedback for 12 months

★★★★★ "Good packaging. All contents are well protected"

By Reenigne Eht on August 15, 2026.

★★★★★ "I had to send the first one back as it only had three wheels. It is great. Holds all my florals. Great storage so easy to use and not boxes on the floor"

By Robin Niehaus on July 22, 2026.

★★★★★ "Good seller. Fast shipping. Item was described accurately"

By Nick L. on July 18, 2026.

"Great workers"

By Amazon Customer on July 15, 2026.

"~~Already contacted seller and was promised refund over a week ago and never received~~"

By balafferty on June 30, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** FoShanShiZhiTengHuoJiaZhiZaoYouXianGongSi
**Business Address:**
西南街道 南岸村委会营头工业区5号
佛山市
三水区
广东省
528100
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 5



DEYEGELEA 2'x5.5' Ft Gridwall Panel Display Stands Heavy Duty Flo…
299
#1 Best Seller
-14% $42.99
Limited time deal
Typical: ~~$49.99~~
Get it as soon as **Wednesday, Nov 4**
FREE Shipping by Amazon



ELYKEN Foldable Grid Wall Panels, 5.7 x 2 FT Movable Gridwall Display Rack | with Wheels and Adjustable Foots, Wire…
89
$69.99
Get it as soon as **Wednesday, Nov 4**
FREE Shipping by Amazon



APshouhu Foldable Grid Wall Panels, Gridwall Panels with Folding Baskets, Tool-Free Assembly and Folding, …
44
$75.99
Get it as soon as **Friday, Nov 6**
FREE Shipping by Amazon



QKOSMTL Gridwall Panel Display Stand, 2'x5.5' Heavy Duty Floor Standing Rack with Detachable Girdwall,…
366
$49.99
Get it as soon as **Friday, Nov 6**



RCZSCB
Wall Pa
Gridwal
Stand, H
Floorsta
$49.99
Get it as
**Nov 4**
FREE Shi

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us

### Amazon Payment Products

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List

Become an Amazon Hub Partner

› See More Ways to Make Money

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

amazon Delivering to Philadelphia 19106 Update location All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 0 Cart
All Holiday Gifts Prime Groceries Pet Supplies Amazon Home NBA CUP LIVE NOW

# Jusper

Visit the Jusper storefront

★★★★☆ | 79% positive in the last 12 months (39 ratings)

## About Seller

Thank you for your interest in our products.

- Shipping Information

【Shipping Time】
* Prepaid orders typically ship within 1-2 business days after payment confirmation.
* Orders placed on Saturdays, Sundays, or holidays may ship on the next business day.

【Delivery Restrictions】
* "PO BOX" addresses cannot be delivered to. Please be advised.
* We do not ship to Hawaii. Please note this when placing your order!

【Package Quantity】
Combined orders may be shipped in multiple packages. If you receiv...

See more

Have a question for Jusper?

Ask a question

## Reviews

★★★★☆ 4.2 out of 5
39 ratings

12 months

| | |
|---|---|
| 5 star | 77% |
| 4 star | 3% |
| 3 star | 3% |
| 2 star | 0% |
| 1 star | 18% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

39 total ratings, 39 with feedback for 12 months

★★★★★ "10/10"
By frankie on October 6, 2026.

★★★★★ "No comment"
By Faye B. on September 28, 2026.

★★★★☆ "Worked with me fairly. Product was damaged. Seller refunded the whole amount and did not require returning the product back to china."
By Brian Wong on September 20, 2026.

★★★★★ "Very well packed and delivered. Thanks."
By Swang on September 14, 2026.

★☆☆☆☆ "Item bent up and damaged prior to opening box and assembly"

By Amazon Customer on September 9, 2026.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** FoShanShiHongChuangJinShuZhiPinYouXianGongSi
**Business Address:**
西南街道南岸村委会
营头工业区2号
佛山
三水区
广东
528000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 5



DEYEGELEA 2'x5.5' Ft Gridwall Panel Display Stands Heavy Duty Flo…
299
#1 Best Seller
-14% $42.99
Limited time deal
Typical: ~~$49.99~~
Get it as soon as **Wednesday, Nov 4**
FREE Shipping by Amazon



ELYKEN Foldable Grid Wall Panels, 5.7 x 2 FT Movable Gridwall Display Rack | with Wheels and Adjustable Foots, Wire…
89
$69.99
Get it as soon as **Wednesday, Nov 4**
FREE Shipping by Amazon



APshouhu Foldable Grid Wall Panels, Gridwall Panels with Folding Baskets, Tool-Free Assembly and Folding, …
44
$75.99
Get it as soon as **Friday, Nov 6**
FREE Shipping by Amazon



QKOSMTL Gridwall Panel Display Stand, 2'x5.5' Heavy Duty Floor Standing Rack with Detachable Girdwall,…
366
$49.99
Get it as soon as **Friday, Nov 6**



RCZSCB
Wall Pa
Gridwal
Stand, I
Floorsta
$49.99
Get it as
**Nov 4**
FREE Shi

---

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates