# Exhibit B

**Hcziite (No. 16/27)**
ASIN: B0DM7DN875
Accessed: 10/30/2026
URL: https://www.amazon.com/dp/B0DM7DN875



**Jusper (No. 20)**
ASIN: B0D815SR4C
Accessed: 10/30/2026
URL: https://www.amazon.com/dp/B0D815SR4C



# Asee’m (No. 2)

ASIN: B0F1YN1X8Z
Accessed: 10/30/2026
URL: https://www.amazon.com/dp/B0F1YN1X8Z



**CHOEZON DIRECT (No. 3)**
ASIN: B0DB4BGX2Q
Accessed: 10/30/2026
URL: https://www.amazon.com/dp/B0DB4BGX2Q



ZZM Direct (No. 18)
ASIN: B0DRYDBRZW
Accessed: 10/30/2026
URL: https://www.amazon.com/dp/B0DRYDBRZW

