# Exhibit C









