# Exhibit D











