**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JIANGCHUAN LIU,<br>*Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br>*Defendants*. | **Case No. 2:26-cv-01516-MJH**<br><br>**Hon. Judge Marilyn J. Horan** |

**DEFENDANTS HCZIITE AND JUSPER'S MOTION TO APPEAR REMOTELY AT THE NOVEMBER 10, 2026 SHOW CAUSE HEARING**

Defendants FoShanShiZhiTengHuoJiaZhiZaoYouXianGongSi (f/k/a "Hcziite," d/b/a "Hczhi," identified on Schedule A to Complaint as "Hcziite" in duplicative nos. 16 and 27) and FoShanShiHongChuangJinShuZhiPinYouXianGongSi (d/b/a "Jusper," identified on Schedule A to Complaint as No. 20) (collectively, "Defendants"), appearing specially and expressly preserving all defenses under Fed. R. Civ. P. 12(b), respectfully move the Court for leave for undersigned counsel to appear remotely (by video conference or telephone) at the Order to Show Cause hearing set for November 10, 2026, at 11:00 a.m. in Courtroom 8A before the Honorable Marilyn J. Horan. In support, Defendants state as follows.

## I. RELIEF SOUGHT

Pursuant to this Court's Standing Order and Procedures on Civil Motion Practice and the Court's inherent authority to manage its docket and hearings, Defendants request that counsel be permitted to appear remotely at the November 10, 2026 show cause hearing.

Undersigned counsel has attempted to confer with counsel for Plaintiff regarding this request on November 2, 2026. Plaintiff's counsel has not responded.

## II. GROUND FOR RELIEF

At the show-cause stage, the Court is asked to determine whether Plaintiff has met the stringent test for a preliminary injunction. Because lack of personal jurisdiction, misjoinder, and non-infringement are complete defenses properly raised and documented in Defendants' opposition brief (ECF No. 45), counsel can effectively present Defendants' arguments remotely. Physical presence in Pittsburgh is not required to analyze the submitted documentary exhibits.

Defendants are small businesses operating from China, and undersigned counsel is located in Philadelphia, Pennsylvania. While counsel is located within the state, in-person attendance at a hearing in Pittsburgh still requires a cross-state journey of over 300 miles each way, necessitating significant travel time, lodging, and ground transportation expenses. The cost of such travel is highly disproportionate to the needs of the Show Cause Hearing.

Further, this Court has already recognized that imposing such travel costs as a condition of being heard on limited issues of design-patent validity works a practical prejudice. Just days ago, the Court granted an identical motion for leave to appear remotely filed by co-defendant Asee'm (ECF No. 33). Remote appearance by video or telephone fully protects the Court's ability to hear argument while avoiding unnecessary expense, and granting this motion will ensure consistent treatment among the out-of-district defense counsel in this matter.

## III. CONCLUSION

For the foregoing reasons, Defendants Hcziite and Jusper respectfully request that the Court grant their counsel leave to appear remotely at the November 10, 2026 show cause hearing. Counsel will be available at the appointed time and will promptly contact the Court deputy for technical instructions.

Respectfully Submitted,

Dated: November 4, 2026

By: /s/ Bole Yuan
Bole Yuan

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
Pa. Bar ID No. 327183
(Admitted to Practice in W.D. Pa.)
*Attorney for Defendants Hcziite and Jusper*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on the date below with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Dated: November 4, 2026

By: /s/ Bole Yuan
Bole Yuan

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
Pa. Bar ID No. 327183
(Admitted to Practice in W.D. Pa.)
*Attorney for Defendants Hcziite and Jusper*