**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JIANGCHUAN LIU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01516-MJH |

**PLAINTIFF'S NOTICE RE TEXT ORDER (DKT. 46)**

Plaintiff Jiangchuan Liu ("Plaintiff") submits this Notice in response to the Court's Text Order of November 3, 2026 (Dkt. 46). The Order directed Plaintiff to confirm on the docket "that the financial assets in this case have not been restrained, and that the relevant platforms have been contacted to ensure that either no financial assets for these Defendants have been restrained/frozen, and if they have been restrained/frozen, that such restraint/freeze is immediately lifted." (Dkt. 46.)

Plaintiff confirms as follows.

On November 3, 2026, Plaintiff's counsel contacted Amazon, the platform on which Defendants operate, at its TRO notice address, tro-notices@amazon.com. (Ex. A.) Counsel advised Amazon that "the attached TRO does not mandate freezing Defendants' assets, only the listings." (*Id.*) Counsel further asked Amazon, if any of

Defendants' assets had been inadvertently restrained, to unfreeze them as soon as possible. (*Id.*)

Should Plaintiff learn that any Defendant's financial assets remain restrained, Plaintiff will promptly follow up with Amazon to ensure that the restraint is immediately lifted.

Thus, Plaintiff has complied with the Court's Text Order (Dkt. 46).

A true and correct copy of Plaintiff's counsel's November 3, 2026 email to Amazon is attached as Exhibit A.

Date: November 6, 2026

Respectfully submitted,

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

# EXHIBIT A

**From:** **Liu, Zheng** bjliuzheng@gmail.com
**Subject:** Re: Takedown Request - Liu v. Schedule A Defendants, Case No.: 26-cv-1516-MJH
**Date:** November 3, 2026 at 1:04 PM
**To:** Oscar Lam oscar.lam@aptumlaw.us
**Cc:** tro-notices@amazon.com, Andy Liu andy.liu@aptumlaw.us

---

Dear Amazon Team,

Please note that the attached TRO does not mandate freezing Defendants' assets, only the listings.

In the even that Defendants' assets are inadvertently restrainined by Amazon, please unfreeze them as soon as possible.



Zheng “Andy” Liu
Attorney / **Aptum Law**
**A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
**P:** (650) 475-6289
**E:** Andy.Liu@aptumlaw.us **W:** www.aptumlaw.us