**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

**NOTICE OF SETTLEMENT AS TO DEFENDANT NO. 17**

NOTICE IS HEREBY GIVEN that Plaintiff Jiangchuan Liu and the following Defendant have settled all claims among them:

| | | |
|---|---|---|
| 17 | Qifengz | Amazon |

Subject to the parties performing their respective obligations under the settlement, Plaintiff anticipates filing a notice of voluntary dismissal or the like in no more than 14 days.

Accordingly, Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter and that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: November 9, 2026

Respectfully submitted,

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu