**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

Honorable Marilyn J. Horan

**STIPULATION AND**
**NOTICE OF PRELIMINARY SETTLEMENT**

Plaintiff Jiangchuan Liu and the following Defendant

| | | |
|---|---|---|
| 6 | Garment Rack Store | Amazon |

state and stipulate as follows:

1. the parties have reached a preliminary settlement of all claims between them;
2. Defendant No. 6 Garment Rack Store agree to have $30, 000 of its Amazon balance frozen pending the resolution of this case;

3. Defendant No. 6 Garment Rack Store shall not seek any further order modifying the paragraph 2 during the pendency of this case;
4. any funds within Defendant No. 6 Garment Rack Store's Amazon account that is beyond the $30, 000 described in paragraph 3 shall be immediately unfrozen and return to the full control of Defendant No. 6 Garment Rack Store;
5. Defendant No. 6 Garment Rack Store shall not sell the accused product ASINs B0DJG3P1RQ and B0DJG4Z14X or the like during the pendency of this case; and
6. the parties anticipate filing a notice of voluntary dismissal or the like in sixty days.

Date: November 9, 2026

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorney for Plaintiff*

Date: November 9, 2026

*/s/ Kevin Tingle*
Kevin Tingle
Owner of Defendant No. 6
Garment Rack Store

3. Defendant No. 6 Garment Rack Store shall not seek any further order modifying the paragraph 2 during the pendency of this case;

4. any funds within Defendant No. 6 Garment Rack Store's Amazon account that is beyond the $30, 000 described in paragraph 3 shall be immediately unfrozen and return to the full control of Defendant No. 6 Garment Rack Store;

5. Defendant No. 6 Garment Rack Store shall not sell the accused product ASINs B0DJG3P1RQ and B0DJG4Z14X or the like during the pendency of this case; and

6. the parties anticipate filing a notice of voluntary dismissal or the like in sixty days.

Date: November 9, 2026

*<u>/s/ Zheng "Andy" Liu</u>*
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorney for Plaintiff*

Date: November 9, 2026

Kevin Tingle
Owner of Defendant No. 6
Garment Rack Store

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

Honorable Marilyn J. Horan

**[PROPOSED] ORDER**

AND NOW, this _____ day of ____________________, 2026, upon consideration of the parties' Stipulation and Notice of Preliminary Settlement, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. $30,000 of Defendant No. 6 Garment Rack Store's Amazon balance shall be frozen pending the resolution of this case;
2. Defendant No. 6 Garment Rack Store shall not seek any further order modifying the paragraph 1 during the pendency of this case;
3. any funds within Defendant No. 6 Garment Rack Store's Amazon account that is beyond the $30, 000 described in paragraph 3 shall be immediately unfrozen and return to the full control of Defendant No. 6 Garment Rack Store;

4. Defendant No. 6 Garment Rack Store shall not sell the accused product ASINs B0DJG3P1RQ and B0DJG4Z14X or the like during the pendency of this case.

**IT IS SO ORDERED.**

U.S. District Judge Marilyn J. Horan