**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on November 10, 2026, I, or someone acting under my direction, served a copy of the following:

**TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY; SCHEDULING ORDER**

upon Defendants by emailing the same to Schedule A defendants' email addresses as provided by Amazon.com (Defendants No. 1 thru 27). I did not receive any notice of non-delivery of my emails.

///

///

///

Date: November 10, 2026

Respectfully submitted,

*/s/ Zheng "Andy" Liu*

Zheng "Andy" Liu (CA- 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

***Attorney for Plaintiff***