**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

**DECLARATION OF TZUYU HUNG**

I, Tzuyu Hung, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I have personally reviewed each Defendant's Amazon storefront and can confirm that every Defendant named in this Schedule A has offered the accused products for sale to residents of Pennsylvania.

3. On September 15, 2026, I bought products A from Defendant No. 2 (Asee'm) as identified by Plaintiff's Schedule through Defendant No. 2 (Asee'm)'s online storefront.

4. Defendant No. 2 (Asee'm) accepted the orders and payments, charged me sales tax imposed by the Commonwealth of Pennsylvania, and assigned respective Amazon order numbers.

4. On September 19, 2026, Defendant No. 2 (Asee'm) delivered my order to an address in Pennsylvania.

5. Attached hereto as **Exhibit A** is a true and correct copy of the invoice for my purchase, showing sale of Defendant No. 2 (Asee'm) and delivery of the accused product into the Commonwealth of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2026.

Tzuyu Hung

# EXHIBIT A

# Order Summary

Order placed September 17, 2026 Order # 111-7291527-3779431

**Ship to**

Jet Messenger Dongquan Jin
400 BUTLER ST # 124
ETNA, PA 15223-2107
United States

**Payment method**

Amazon Gift Card
$74.19 balance applied

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $69.99 |
| Shipping & Handling: | $2.99 |
| Free Shipping: | -$2.99 |
| Total before tax: | $69.99 |
| Estimated tax to be collected: | $4.20 |
| Gift Card Amount: | -$74.19 |
| **Grand Total:** | **$0.00** |

## Delivered September 19

Your package was left near the front door or porch.



Aseem Metal Grid Wall Panels Display Stand Black Movable 2x5.2FT, 2PCS
Sold by: Asee'm
Return or replace items: Eligible through October 19, 2026
$69.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates