# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: Nov 10, 2026 10:17AM

Zheng Liu

Rcpt. No: 200021648 Trans. Date: Nov 10, 2026 10:17AM Cashier ID: #BaRn (6715)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DPAW226CV001516 /001<br>ZHENG LIU | 1 | 5000.00 | 5000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #755 | 11/10/2026 | $5,000.00 |
| | | | Total Due Prior to Payment: | $5,000.00 |
| | | | Total Tendered: | $5,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: TRO bond to be placed into local Court Registry as per Order of Court signed by U.S. District Judge Marilyn J. Horan on 10/08/2026 at ecf no. 28.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.