**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JIANGCHUAN LIU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01516-MJH |

ORDER

A Show Cause hearing on Plaintiffs' Motion for Preliminary Injunction having been held on November 10, 2026, it is hereby ordered as follows:

1. Following due consideration of Defendant, Asee'm's, Brief in Opposition raising lack of personal jurisdiction (ECF No. 32), Plaintiffs' Reply (ECF No. 57), and the arguments of counsel, the Court finds that Plaintiff has not sufficiently met his burden that he is likely to succeed on the merits because the Court does not have a sufficient basis to find personal jurisdiction over this Defendant. Accordingly, the Court will dismiss Defendants, Asse'm (Schedule A Defendant #2).

2. Following due consideration of Defendants, Hcziite and Jusper's, Brief in Opposition raising lack of personal jurisdiction (ECF No. 45), Plaintiffs' Reply (ECF No. 58), and the arguments of counsel, the Court finds that Plaintiff has not sufficiently met his burden that he is likely to succeed on the merits because the Court does not have a sufficient basis to find personal jurisdiction over this Defendant. Accordingly, the Court will dismiss Defendants, Hzciite (Schedule A Defendants #16 and #27) and Jusper (Schedule A Defendnt #20).

3. Because Plaintiff did not file sufficient notice under Rule 65 of the Show Cause hearing on the Preliminary Injunction, the Show Cause Hearing is rescheduled for December 16, 2026 at 9:45 a.m. in Courtroom 8A. Seven (7) days prior to the hearing, Counsel shall file a certificate of notice that includes all remaining defendants names and/or identities, along with email addresses where notice was sent.

SO ORDERED.

SIGNED this 13th Day of November 2026

HONORABLE MARILYN J. HORAN