**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JIANGCHUAN LIU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01516-MJH<br><br>Honorable Marilyn J. Horan<br><br>**ORDER** |

AND NOW, this 17th day of November, 2026, upon consideration of the parties' Stipulation and Notice of Preliminary Settlement, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. $30,000 of Defendant No. 6 Garment Rack Store's Amazon balance shall be frozen pending the resolution of this case;
2. Defendant No. 6 Garment Rack Store shall not seek any further order modifying the paragraph 1 during the pendency of this case;
3. any funds within Defendant No. 6 Garment Rack Store's Amazon account that is beyond the $30, 000 described in paragraph 3 shall be immediately unfrozen and return to the full control of Defendant No. 6 Garment Rack Store;

4. Defendant No. 6 Garment Rack Store shall not sell the accused product ASINs B0DJG3P1RQ and B0DJG4Z14X or the like during the pendency of this case.

**IT IS SO ORDERED.**

Marilyn J. Horan
U.S. District Judge Marilyn J. Horan