**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JIANGCHUAN LIU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01516-MJH

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 8**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, the following defendant from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 8 | HOOTO | B0CMZHS2KZ | Amazon |

Date: November 19, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorney for Plaintiff*